**Appeal Dismissed and Memorandum Opinion filed July 12, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00096-CV

## ST. THOMAS HIGH SCHOOL, Appellant

## V.

## M.F.G. AND G.G., Appellees

**On Appeal from the Co Civil Ct at Law No 4
Harris County, Texas
Trial Court Cause No. 1072160**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a temporary injunction signed on February 3, 2016. On May 12, 2016, this court issued an opinion in No. 14–16–00114–CV that requires the trial court to dismiss the underlying suit. This appeal is therefore moot.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.